# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES HART** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-0990** |
| **KEITH DEVILLE, WARDEN** | **SECTION: "R" (6)** |

## ORDER

**IT IS HEREBY ORDERED** that the automatic referral to the Magistrate Judge of the captioned petition for habeas corpus relief filed pursuant to Title 28, United States Code, Section 2254 is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **REMOVE** the Magistrate Judge as the referral officer on the electronic docket sheet.

New Orleans, Louisiana, this  26th  day of    January   , 2011.

_____
SARAH S. VANCE
United States District Judge